



# MEMORANDUM OPINION

No. 04-11-00145-CV

## IN RE BEXAR COUNTY HOSPITAL DISTRICT
## d/b/a UNIVERSITY HEALTH SYSTEM

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Rebecca Simmons, Justice

Delivered and Filed:  March 2, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On February 22, 2011, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought.

Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CI-08562, styled *Tomas Padilla v. Bexar County Hospital District d/b/a University Health System*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Cathy Stryker presiding. However, the order complained of was signed by the Honorable Larry Noll, presiding judge of the 408th Judicial District Court, Bexar County, Texas.